UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VERA N. NGWA,

                              Plaintiff,

    -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                              Defendants.
------------------------------------------------------------------------X

Docket No. 08CV0859
Date Filed: 1/24/08

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

        Enter the appearance of the law firm of Conway, Farrell, Curtin & Kelly, P.C. by Janet O'Connor Cornell (JC 3065) and Keith D. Grace (KG6230) for Castle Point Mortgage, Inc., Heather Gearin and Royal Settlement Services, Inc.

        I certify that I am admitted to practice in this Court.

DATED:    New York, New York
               March 12, 2008

                                                 _____
                                                 Keith D. Grace, Esq. (KG6230)
                                                 **CONWAY, FARRELL, CURTIN & KELLY, P.C.**
                                                 Attorneys for Defendants
                                                 *Castle Point Mortgage, Inc., Heather Gearin* and
                                                 *Royal Settlement Services, Inc.*
                                                 48 Wall Street – 20th Floor
                                                 New York, N.Y. 10005
                                                 (212) 785-2929

CERTIFICATE OF SERVICE

      I, KEITH D. GRACE, hereby certify that on this 12th day of March, 2008, the foregoing APPEARANCE was served via e-filing upon the following:

DAVID M. HARRISON, ESQ.
ATTORNEY FOR PLAINTIFF
48 Willoughby Street
Brooklyn, New York  11201
(718) 243-2109
Fax: (718) 243-1144

                                                                                 KEITH D. GRACE (KG6230)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VERA N. NGWA,

                                  Plaintiff,

    -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                                  Defendants.
------------------------------------------------------------------------X

Docket No. 08CV0859
Date Filed: 1/24/08

**APPEARANCE**