UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VERA N. NGWA,

                          Plaintiff,

    -against-

CASTLE POINT MORTGAGE, INC., HEATHER GEARIN, GMAC MORTGAGE, LLC and ROYAL SETTLEMENT SERVICES, INC.,

                         Defendants.
------------------------------------------------------------------------X

Docket No. 08CV0859
Date Filed: 1/24/08

**STATEMENT PURSUANT TO FRCP RULE 7.1**

C O U N S E L O R S:

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Castle Point Mortgage, Inc., Heather Gearin and Royal Settlement Services, Inc. certifies that Castle Point Mortgage, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests. Royal Settlement Services, Inc. is a wholly owned subsidiary of DelHen Holdings, Inc. No publicly held corporation owns 10% or more of the stock or membership interests in either company.

DATED:    New York, New York
               March 12, 2008

_____
Keith D. Grace, Esq. (KG6230)
**CONWAY, FARRELL, CURTIN & KELLY, P.C.**
Attorneys for Defendants
*Castle Point Mortgage, Inc., Heather Gearin* and *Royal Settlement Services, Inc.*
48 Wall Street – 20th Floor
New York, N.Y. 10005
(212) 785-2929

CERTIFICATE OF SERVICE

      I, KEITH D. GRACE, hereby certify that on this 12th day of March, 2008, the foregoing STATEMENT PURSUANT TO FRCP RULE 7.1 was served via e-filing upon the following:

DAVID M. HARRISON, ESQ.
ATTORNEY FOR PLAINTIFF
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2109
Fax: (718) 243-1144

                              KEITH D. GRACE (KG6230)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VERA N. NGWA,

                                 Plaintiff,

      -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                               Defendants.
------------------------------------------------------------------------X

Docket No. 08CV0859
Date Filed: 1/24/08

**STATEMENT PURSUANT TO FRCP RULE 7.1**