# CONWAY, FARRELL, CURTIN & KELLY, P.C.

ATTORNEYS AT LAW
48 WALL STREET – 20TH FLOOR
NEW YORK, NEW YORK 10005
(212) 785-2929
FAX (212) 785-7229

KEITH D. GRACE
(212) 993-9312 (direct dial)
(212) 993-9389 (direct fax)

EMAIL:
kgrace@conwayfarrell.com

March 12, 2008

**Via Facsimile (212) 805-7901 and ECF e-filed**

Hon. Harold Baer, Jr., United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

| | |
|---|---|
| RE: | Ngwa v. Castle Point Mortgage, Inc. |
| Docket: | **08-cv-00859-HB** |
| Our Client: | Castle Point Mortgage, Inc., Heather Gearin and Royal Settlement Services, Inc. |
| Our File #: | LLU23133 |

Dear Justice Baer:

Enclosed please find a duly executed Stipulation Extending defendants' time to answer the complaint in the above matter until April 30, 2008. This is the first such request in this matter, and counsel for plaintiff consents. Per Your Honor's individual practices, also enclosed is a printout of the docket sheet for the above-referenced case

We respectfully request that Your Honor "so order" the enclosed Stipulation and provide the undersigned with a copy of same.

Respectfully,

CONWAY FARRELL CURTIN & KELLY, P.C.

By: Keith D. Grace (KG6230)

Enclosure: *Stipulation*

cc:  David M. Harrison, Esq. (via fax)
    Attorney for Plaintiff
    48 Willoughby Street
    Brooklyn, New York 11201
    (718) 243-2109
    (718) 243-1144 fax

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VERA N. NGWA,

                Plaintiff,

-against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                Defendants.
----------------------------------------------------------X

Docket No. 08CV0859
Date Filed: 1/24/08

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the time of defendants Castle Point Mortgage, Inc., Heather Gearin and Royal Settlement Services, Inc. to answer, move or otherwise appear in the above matter is extended up to and including April 30, 2008.

DATED:    New York, New York
               March 11, 2008

_____
David M. Harrison, Esq. (DH6188)
Attorney for Plaintiff
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2109

_____
Keith D. Grace, Esq. (KG6230)
CONWAY, FARRELL, CURTIN & KELLY, P.C.
Attorneys for Defendants
48 Wall Street – 20th Floor
New York, N.Y. 10005
(212) 785-2929

**SO ORDERED:**

_____
U.S.D.J.

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00859-HB

NGWA v. Castle Point Mortgage,Inc. et al  
Assigned to: Judge Harold Baer  
Cause: 15:1601 Truth in Lending

Date Filed: 01/24/2008  
Jury Demand: Plaintiff  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Federal Question

**Plaintiff**

Vera N. NGWA         represented by **David Mark Harrison**  
Pankin & Harrison  
48 Willoughby St.  
Brooklyn, NY 11201  
718/ 243-2109  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Castle Point Mortgage,Inc.**

**Defendant**

**Heather Gearin**

**Defendant**

**GMAC Mortgage, LLC**

**Defendant**

**Royal Settlement Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2008 | 1 | COMPLAINT against Castle Point Mortgage,Inc., Heather Gearin, GMAC Mortgage, LLC, Royal Settlement Services, Inc.. (Filing Fee $ 350.00, Receipt Number 639046)Document filed by Vera N. NGWA. (rdz) (jeh). (Entered: 01/28/2008) |
| 01/24/2008 |   | SUMMONS ISSUED as to Castle Point Mortgage,Inc., Heather Gearin, GMAC Mortgage, LLC, Royal Settlement Services, Inc.. (rdz) (Entered: 01/28/2008) |
|   |   |   |

| 01/24/2008 | | Magistrate Judge Andrew J. Peck is so designated. (rdz) (Entered: 01/28/2008) |
| 01/24/2008 | | Case Designated ECF. (rdz) (Entered: 01/28/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/07/2008 14:43:58 | | | |
| PACER Login: | cf1100 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:08-cv-00859-HB |
| Billable Pages: | 1 | Cost: | 0.08 |