ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

VERA N. NGWA,

                             Plaintiff,

-against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                            Defendants.

--------------------------------------------------------------X

Docket No. 08CV0859
Date Filed: 1/24/08

STIPULATION EXTENDING TIME TO
ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that

the time of defendants Castle Point Mortgage, Inc., Heather Gearin and Royal Settlement

Services, Inc. to answer, move or otherwise appear in the above matter is extended up to and

including April 30, 2008.

DATED:     New York, New York
               March 11, 2008

_____
David M. Harrison, Esq. (DH6188)
Attorney for Plaintiff
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2109

_____
Keith D. Grace, Esq. (KG6230)
CONWAY, FARRELL, CURTIN & KELLY, P.C.
Attorneys for Defendants
48 Wall Street – 20th Floor
New York, N.Y. 10005
(212) 785-2929

SO ORDERED:

_____ 3/14/08
                         U.S.D.J.