ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
VERA N. NGWA,

                Plaintiff(s),

v.

CASTLE POINT MORTGAGE, INC.,
HEATHER GEARIN, GMAC MORTGAGE,
LLC and ROYAL SETTLEMENT
SERVICES, INC.,

                Defendant(s);
------------------------------------------------------X

Civil Action No.: 08-CV-0859(HB)

**STIPULATION**

It is hereby stipulated by and between the undersigned counsel of records for the Plaintiff and the Defendant, GMAC Mortgage LLC ("GMAC"), that GMAC's time to answer or otherwise move with respect to the Complaint is hereby extended to April 30, 2008. This Stipulation may be executed in counterparts and by facsimile signature.

Dated: April 3, 2008
New York, New York

_____
David M. Harrison (DH 6188)
Attorney for Plaintiff
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2179

SO ORDERED:

_____
Honorable Harold Baer, Jr., U.S.D.J

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow LLP
Attorneys for Defendant

by: _____
Stan L. Goldberg (SLG-1869)
1065 Avenue of the Americas
New York, New York 10018
(212) 593-3000