UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VERA N. NGWA

                       Plaintiff(s),

        - against -

CASTLE POINT MORTGAGE, INC.
HEATHER GEARIN, GMAC MORTGAGE,
LLC and ROYAL SETTLEMENT
SERVICES, INC.    Defendant(s).
------------------------------------------------------------x

ELECTRONICALLY FILED
DATE FILED: 4/3/08

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08 Civ. 0859 (HB)(AJP)

IT IS HEREBY STIPULATED by the undersigned:

     1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

     2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____  /DAVID M. HARRISON,   Conway Farrell, Curtin & Kelly PC by ___
Attorney(s) for Plaintiff(s)          ESQ   Attorney(s) for Defendant(s) Castle Point, Royal Settlement
Address 48 W. Loughby Street         Address 48 Wall St. - 20th Floor NYC 05
Telephone Brooklyn, NY 11201         Telephone (212) 993-9312
         1(718) 243-2109

_____
Attorney(s) for GMAC MORTGAGE LLC     Attorney(s) for _____
Address Katzen, Swergold, et al.      Address
Telephone 1065 Ave of the Americas    Telephone
          NY, NY 10018
          (212) 593-3000

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ 4/3/08
                 U.S.D.J.

Magistrate Judge _Andrew Peck_ was assigned this case on _4/3/08_.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

IH- 30