UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

VERA N. NGWA,

          Plaintiff,

    -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC & ROYAL
SETTLEMENT SERVICES, INC.,

          Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/9/08

08 Civ. 0859 (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Friday, April 11, 2008 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
          April 9, 2008

                                Andrew J. Peck
                                United States Magistrate Judge

Copies **by fax & ECF** to:     David M. Harrison, Esq.
                              Keith D. Grace, Esq.
                              Andrew Muller, Esq.