USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

VERA N. NGWA,

Plaintiff,

-against-

CASTLE POINT MORTGAGE, INC., HEATHER GEARIN, GMAC MORTGAGE, LLC & ROYAL SETTLEMENT SERVICES, INC.,

Defendants.

---------------------------------------- x

08 Civ. 0859 (AJP)

RULE 16 INITIAL PRETRIAL CONFERENCE ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on April 11, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

1. Amended complaint due April 30, 2008; defendants' response to complaint due May 15, 2008.

2. All fact and expert discovery must be completed by September 30, 2008. Expert reports must be served by August 5, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due April 30, 2008. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

3. Each party will notify this Court by October 3, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by October 21, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules, by October 21, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on June 2, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

6. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was provided previously.

SO ORDERED.

DATED: New York, New York
April 11, 2008

**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to: David M. Harrison, Esq.
Keith D. Grace, Esq.
Andrew Muller, Esq.

C:\ORD\16RULES