```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VERA N. NGWA,                                    08 Civ 0859 (AJP)

                        Plaintiff,

      -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                        Defendants.
------------------------------------------------------------x

## STIPULATION [PROPOSED] EXTENDING TIME TO ANSWER THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff Vera N. Ngwa and the defendant GMAC Mortgage, LLC, by their respective attorneys, that the time for Defendant GMAC Mortgage, LLC to Answer or otherwise move as to the complaint shall hereby be extended through to and including May 30, 2008, and that for the purposes of this stipulation, faxed copies shall be deemed originals.

Dated: New York, New York      LAW OFFICE OF DAVID M. HARRISON, ESQ.
       May 14, 2008                    Attorneys for Plaintiff *Vera N. Ngwa*

                                        By:   *David M. Harrison*
                                              David M. Harrison (DH 6188)
                                              48 Willoughby Street
                                              Brooklyn, New York 11201
                                              Tel: (718) 243-2109
                                              Fax: (718) 243-1144

Dated: New York, New York
       May 14, 2008

PLATZER, SWERGOLD, KARLIN,
LEVINE, GOLDBERG & JASLOW, LLP
Attorneys for Defendant *GMAC Mortgage, LLC*

By:   *Stan L. Goldberg*
      Stan L. Goldberg (SLG 1869)
      Andrew S. Muller (ASM 6168)
      1065 Avenue of The Americas, 18th Fl.
      New York, New York 10018
      Tel: (212) 593-3000
      Fax: (212) 593-0353

SO ORDERED
THIS 15th DAY OF MAY, 2008

_____
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy fax'd to [illegible]

**BY FAX**

G:\wpdocs\working\Clients\GMAC Mortgage\NGWA\stip ext time to answer.doc