UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VERA N. NGWA,                                                          08 Civ. 0859 (AJP)

                Plaintiff,

      -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                Defendants.
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

      Jonathan Guan, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

      On June 5, 2008, I served a copy of an Answer with Affirmative Defenses via U.S. Mail, in properly addressed envelopes, and deposited same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to the parties set forth on the list annexed hereto:

                                                               */s/ Jonathan Guan*
                                                              Jonathan Guan

Sworn to before me this
5th day of June, 2008

*/s/ Andrew S. Muller*
Andrew S. Muller
Notary Public, State of New York
No. 02-MU024147
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires February 28, 2010

David M. Harrison, Esq. (DH6188)  
48 Willoughby Street  
Brooklyn, New York 11201  

Keith D. Grace, Esq.  
Conway, Farrell, Curtin & Kelly, P.C.  
48 Wall Street – 20th Floor  
New York, New York 10005