USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/24/08

# CONWAY, FARRELL, CURTIN & KELLY, P.C.

ATTORNEYS AT LAW
48 WALL STREET - 20TH FLOOR
NEW YORK, NEW YORK 10005
(212) 785-2929
FAX (212) 785-7229

KEITH D. GRACE
(212) 993-9312 (direct dial)
(212) 993-9389 (direct fax)

EMAIL:
kgrace@conwayfarrell.com

RECEIVED JUN 24 2008 CHAMBERS OF ANDREW J. PECK

June 20, 2008

Hon. Andrew J. Peck, United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

RE:         Ngwa v. Castle Point Mortgage, Inc.
Docket: **08-cv-00859-HB**
Our Client: Castle Point Mortgage, Inc., Heather Gearin and Royal Settlement Services, Inc.
Our File #: LLU23133

**COURTESY COPY AND REQUEST FOR LEAVE TO SUBMIT REPLY BRIEF IN EXCESS OF 10 PAGES**

Dear Judge Peck:

We represent defendants Castle Point Mortgage, Inc. ("Castle Point") and Royal Settlement Services, Inc. ("RSS") in the above-referenced matter. I write to request leave to submit a Reply Declaration in excess of ten pages.

A courtesy copy of our Reply Declaration is enclosed for your reference. It is sixteen pages long. The Reply is submitted in further support of a Motion to Dismiss Plaintiff's Amended Complaint, which has ten counts and more than 200 paragraphs. It was necessary to address these claims in significant detail and, given the number of claims and length of the complaint, we believe the request for a few pages of additional reply space is reasonable.

Please also note that we chose not to tinker with the format of the Reply to maximize space, as we believe it will make it less convenient for the Court to review. However, if the Court would prefer that we bring the Reply to ten pages, we request two business days to do so and re-file.

**MEMO ENDORSED** 6/24/08

The Court grants the request [illegible]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully,

CONWAY FARRELL CURTIN & KELLY, P.C.

By: Keith D. Grace (KG6230)

cc: David M. Harrison, Esq. (via fax)
    Stan Goldberg, Esq. (via fax)

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** June 24, 2008                              **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Keith D. Grace, Esq. | 212-785-7229 |
| Stan L. Goldberg, Esq. | 212-593-0353 |
| David M. Harrison, Esq. | 718-243-1144 |

# TRANSCRIPTION:

**MEMO ENDORSED 6/24/08**

**The Court accepts the oversize reply.**