USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VERA N. NGWA,

                Plaintiff,

    -against-

CASTLE POINT MORTGAGE, INC., HEATHER
GEARIN, GMAC MORTGAGE, LLC and ROYAL
SETTLEMENT SERVICES, INC.,

                Defendants.
------------------------------------------------------------x

08 Civ 0859 (AJP)

## STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff Vera N. Ngwa and the defendant GMAC Mortgage, LLC, by their respective attorneys, that the time for Defendant GMAC Mortgage, LLC to Answer or otherwise move as to the complaint shall hereby be extended through to and including August 15, 2008, and that for the purposes of this stipulation, faxed copies shall be deemed originals.

Dated: New York, New York
       July 15, 2008

LAW OFFICE OF DAVID M. HARRISON, ESQ.
Attorneys for Plaintiff *Vera N. Ngwa*

By:   */s/ David M. Harrison*
       David M. Harrison (DH 6188)
       48 Willoughby Street
       Brooklyn, New York 11201
       Tel: (718) 243-2109
       Fax: (718) 243-1144

SO ORDERED: 7/21/08
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

Dated: New York, New York
       July 15, 2008

PLATZER, SWERGOLD, KARLIN,
LEVINE, GOLDBERG & JASLOW, LLP
Attorneys for Defendant *GMAC Mortgage, LLC*

By:   */s/ Stan L. Goldberg*
      Stan L. Goldberg (SLG 1869)
      Andrew S. Muller (ASM 6168)
      1065 Avenue of The Americas, 18th Fl.
      New York, New York 10018
      Tel: (212) 593-3000
      Fax: (212) 593-0353

SO ORDERED
THIS ____ DAY OF JULY, 2008

_____
United States Magistrate Judge