Charles R. Jacob III
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

*Attorneys for Defendant
UBS Real Estate Securities Inc.
sued herein as UBS and UBS AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERA N. NGWA, <br><br> Plaintiff, <br><br> -against- <br><br> CASTLE POINT MORTGAGE, INC., HEATHER GEARIN, GMAC MORTGAGE, LLC, UBS, UBS AG and ROYAL SETTLEMENT SERVICES, INC., <br><br> Defendants. | Case No.: 08 cv 00859 (HB) (AJP) <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Enter the appearance of the undersigned on behalf of defendant UBS Real Estate Securities Inc., sued herein as UBS and UBS AG. I certify that I am admitted to practice in this Court.

Dated:     August 19, 2008

MILLER & WRUBEL P.C.

By: _____
Charles R. Jacob III (CJ-4143)
250 Park Avenue
New York, New York 10177
(212) 336-3500

*Attorneys for Defendant
UBS Real Estate Securities Inc.
sued herein as UBS and UBS AG*